# GATTUSO & CIOTOLI, PLLC

*Attorneys at Law*
The White House • 7030 East Genesee Street, Fayetteville, NY 13066

**FRANK S. GATTUSO**
315-314-8000 (phone)
315-446-7521 (fax)
fgattuso@gclawoffice.com
www.gclawoffice.com

March 20, 2019

Hon. Glenn T. Suddaby, Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      Re: Kelly v. Wal-Mart Stores, Inc.
        5:18-cv-00702-GTS-ATB

Dear Judge Suddaby:

 With regard to the above-referenced matter, the parties have executed a settlement agreement and have exchanged a proposed stipulation of dismissal. However, our review of Local Rules 41.3 and 17.1 cause us to request a telephone conference with the Court so that these Local Rules may be discussed with the Court. The parties do not believe an Infant Compromise Order under New York law is necessary for this matter, but we seek leave of Court to dispense with this provision.

 Thank you for your assistance with this matter.

       Very truly yours,

       *Frank S. Gattuso*

       Frank S. Gattuso