**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Amanda Kelly, as Parent/Guardian for Infant G.S., on behalf of herself and those similarly situated,**<br><br>　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**Wal-Mart Stores, Inc.,**<br><br>　　　　　　　　**Defendant.** | **Civil Action No. 5:18-cv-00702-GTS-ATB** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant stipulate to dismissal with prejudice of all of Plaintiffs' claims and this action against Defendant, with each party to bear their own attorney's fees, costs and expenses. Pursuant to this Court's Orders dated April 30, 2019, this Court has approved the settlement between Plaintiffs and Defendant and dispensed with the requirement to conform with NY CPLR 1207 and 1208.

Respectfully submitted,

| | |
|---|---|
| **THE SULTZER LAW GROUP P.C.**<br><br>*/s/ Adam Gonelli*　　　　　　　<br>Jason P. Sultzer, Esq.<br>Joseph Lipari, Esq.<br>Adam Gonnelli, Esq.<br>85 Civic Center Plaza, Suite 104<br>Poughkeepsie, NY 12601<br>Telephone: 845-483-7100<br>Email: sultzerj@thesultzerlawgroup.com<br><br>**GATTUSO & CIOTOLI, PLLC**<br><br>*/s/ Frank S. Gattuso*　　　　　　<br>Frank S. Gattuso, Esq.<br>9 Landgrove Drive<br>Fayetteville, NY 13066<br>Telephone: 315-400-5958<br>Email: frankgattuso14@gmail.com<br>***Attorneys for Plaintiffs*** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**<br><br>*/s/ David M. Ross*　　　　　　<br>David M. Ross, Esq.<br>N.D.N.Y. Bar No. 700510<br>1500 K Street, NW, Suite 330<br>Washington, D.C. 20005<br>Telephone: 202-626-7687<br>Email: david.ross@wilsonelser.com<br><br>Francis P. Manchisi, Esq.<br>N.D.N.Y. Bar. No. 102106<br>1133 Westchester Avenue<br>White Plains, New York 10604<br>Telephone: 914-872-7228<br>Emails: francis.manchisi@wilsonelser.com<br>***Attorneys for Defendant***<br><br>IT IS SO ORDERED:<br><br>*[signature]*<br>Hon. Glenn T. Suddaby<br>Chief U.S. District Judge<br><br>Dated: May 1, 2019<br>　　　　Syracuse, NY |

1003089v.1